## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Brandon Seanior,                                    Case No. 23-CV-832 (JMB/DTS)

                Petitioner,

v.                                                  **ORDER ON REPORT AND**
                                                    **RECOMMENDATION**

Warden B. Eischen,

                Respondent.

---

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge David T. Schultz dated January 5, 2024. (Doc. No. 9.) The R&R recommends that Petitioner Brandon Seanior's petition for a writ of habeas corpus under 28 U.S.C. § 2241 be dismissed because Seanior's contentions that the Bureau of Prisons wrongly deemed him ineligible for a sentence reduction under the First Step Act were rendered moot by his release from custody in September 2023. (Doc. No. 1.) Seanior did not file any objections to the R&R and the time to do so has passed. *See* D. Minn. L.R. 72.2(b)(1).

This Court reviews de novo any portion of an R&R to which specific objections are made; however, in the absence of objections, the Court reviews the R&R only for clear error. 28 U.S.C. § 636(b)(1); D. Minn. L.R. 72.2(b); *see also Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (noting that district court need only review unobjected-to R&R for clear error). The Court has reviewed the R&R and finds no error, clear or otherwise, in the Magistrate Judge's reasoning.

Accordingly, IT IS HEREBY ORDERED that:

1.      The R&R (Doc. No. 9) is ADOPTED;

2.      The Petition for a Writ of Habeas Corpus (Doc. No. 1) is DENIED; and

3.      This matter is DISMISSED.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated:  February 14, 2024                      /s/Jeffrey M. Bryan
                                               Judge Jeffrey M. Bryan
                                               United States District Court